LOUISE M. JOHNSTON, Respondent, v. CITY OF NEW YORK, Appellant.— We find no legislative or judicial sanction for the setting aside of a verdict as a penalty for the noncompliance with a subpœna duces tecum. Other specific penalties are provided by law. Further, in this case the subpœna served on the city differed materially from that approved by the court and there appears to have been reasonable compliance with the subpœna as approved. Again there is a serious question as to the relevancy of the documents sought or whether they would have aided the plaintiff upon the trial. Order unanimously reversed, the motion denied and the verdict reinstated. Settle order on notice. Present— Dore, J. P., Callahan, Breitel and Bergan, JJ.

LA MODE HOSIERY CORP., Respondent, v. CHARLES BROWN et al., Individually and as Copartners Doing Business as CHARLES BROWN & Co., Appellants.— Judgment and order reversed and the motion for summary judgment denied. There are issues of fact which must await trial. Present— Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.; Glennon and Breitel, JJ., dissent and vote to affirm. Settle order on notice.

AIDA EMANUELI et al., Plaintiffs, v. ELIAS JACOBS et al., Respondents; LEON AXELROD, Impleaded Defendant-Appellant, et al., Impleaded Defendant.— The counterclaim is sufficient as alleging a cause of action for forcible entry and willful and malicious injury to the defendant-landlord's property. Order unanimously affirmed, with $20 costs and disbursements to the respondent Diamond Construction Co., Inc. Present— Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

LISETTE V. RUEGG, as Administratrix of the Estate of ERHART RUEGG, Deceased, Appellant, v. FAIRFIELD SECURITIES CORPORATION, Respondent.— While the complaint may not be artistic in alleging that defendant promised to pay in consideration of plaintiff's intestate's forbearance and that there was such forbearance in reliance on the promise, we read the complaint as sufficiently alleging such facts and, as so construed, the complaint is sufficient. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to dismiss under rule 106 denied, with leave to the defendant to answer within ten days after service of a copy of the order, with notice of entry thereof, on payment of said costs. Present— Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See 282 App. Div. 683.]

(May 22, 1953.)

PAULINE SALZMAN, Plaintiff, v. VINCENT R. IMPELLITTERI, as Mayor of the City of New York, et al., Appellants, et al., Defendants, and NATHANIEL L. GOLDSTEIN, as Attorney-General of the State of New York, Intervener, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present— Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [203 Misc. 486.]